**Index of Exhibits**

| Exhibit | Description |
|---|---|
| 1 | Dr. James Yan Deposition Transcript and Exhibits |
| 2 | Amie Carrier Deposition Transcript and Exhibits |
| 3 | Declaration of Cheryl Smith and Exhibits |
| 4 | Dr. Norman Luban Deposition Transcript and Exhibit |
| 5 | Employment Agreements with Plaintiff |
| 6 | Dr. Nancy Sanders Deposition Transcript |
| 7 | Plaintiff's Rule 26(a)(2) Expert Witness Disclosures |
| 8 | Cheryl Smith Deposition Transcript and Exhibits |
| 9 | Declaration of Dr. Nancy Sanders and Exhibits |
| 10 | Dr. Alex Rosin Deposition Transcript and Exhibits |
| 11 | VCA's Amended Answer and Objection to Plaintiff's First Set of Interrogatories, Interrogatory No. 18 |
| 12 | Written Finding of the Maryland Commission on Human Relations |
| 13 | Plaintiff's Responses to Requests for Production of Documents, Request No. 18 |