# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

DR. AMIE CARRIER,          *

       Plaintiff,      *

                *

    vs.                    *   CASE NO.:

                *   8:11-ev-00129-DKC

VCA ANIMAL HOSPITALS,      *

INC.,                      *

       Defendant.      *

* * * * * * * * * * * * * * * * * * * * * * * *

The Deposition of JAMES YAN, M.D. was taken on Tuesday, October 18, 2011, commencing at 3:23 p.m. at 11119 Rockville Pike, Suite 320, Rockville, Maryland, before Emily Boyd, Notary Public.

* * * * * * * * * * * * * * * * * * * * * * * *

Reported by:

       Emily K. boyd, Court Reporter

Al Betz & Associates, Inc.
877-402-DEPO (3376)

| | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | On behalf of the Plaintiff: |
| 4 | NEIL S. HYMAN, ESQUIRE |
| 5 | Law Office of Neil S. Hyman, LLC |
| 6 | 4416 East West Highway |
| 7 | Suite 400 |
| 8 | Bethesda, Maryland 20814 |
| 9 | (301) 841-7105 |
| 10 | neil@neilhymanlaw.com |
| 11 | |
| 12 | On behalf of the Defendant: |
| 13 | JOHN B. FLOOD, ESQUIRE |
| 14 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 15 | 1909 K Street, NW |
| 16 | Suite 1000 |
| 17 | Washington, D.C. 20006 |
| 18 | (202) 887-0855 |
| 19 | john.flood@ogletreedeakins.com |
| 20 | |
| 21 | |

| | Page 4 |
|---|---|
| 1 | received some medical records I think that came |
| 2 | from your office, but sitting here right now, I'm |
| 3 | not sure if I got everything.  Will we be able to |
| 4 | inspect her medical records at some point? |
| 5 | A.  Sure. |
| 6 | Q.  Why don't we ask a few more questions and |
| 7 | then we'll hit a breaking point and do that, if |
| 8 | that's all right. |
| 9 | A.  All right. |
| 10 | Q.  Thank you, sir.  You're a medical doctor? |
| 11 | A.  Yes. |
| 12 | Q.  Where did you receive your medical |
| 13 | degree? |
| 14 | A.  From the University of Miami. |
| 15 | Q.  Is that in Florida? |
| 16 | A.  Yes. |
| 17 | Q.  When? |
| 18 | A.  Long time ago. |
| 19 | Q.  Approximately. |
| 20 | A.  That's a really long time ago.  About |
| 21 | 20 years ago. |

| | Page 3 |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | |
| 3 | Whereupon -- |
| 4 | JAMES YAN, M.D. |
| 5 | a witness herein, having been first duly sworn, |
| 6 | was examined and testified as follows: |
| 7 | EXAMINATION BY MR. FLOOD: |
| 8 | Q.  Can you state your full name for us. |
| 9 | A.  James Yan. |
| 10 | Q.  Dr. Yan, you understand that I'm here to |
| 11 | take your deposition in relation to a lawsuit |
| 12 | that's ongoing involving Amie Carrier? |
| 13 | A.  Yes. |
| 14 | (Yan Exhibit No. 1 was marked for |
| 15 | identification.) |
| 16 | Q.  Dr. Yan, we've handed you what's marked |
| 17 | as Exhibit 1, a subpoena issued in this case.  Did |
| 18 | you receive that? |
| 19 | A.  Yes. |
| 20 | Q.  One thing that we requested is production |
| 21 | of all medical records for Amie Carrier.  I have |

| | Page 5 |
|---|---|
| 1 | Q.  20? |
| 2 | A.  Yes. |
| 3 | Q.  Early 1990s? |
| 4 | A.  Yes.  Yeah, that's right. |
| 5 | Q.  Do you have any other graduate-level |
| 6 | degrees?  I saw on your card a PhD. |
| 7 | A.  PhD, yeah. |
| 8 | Q.  In what field? |
| 9 | A.  Biochemistry. |
| 10 | Q.  Where did you obtain that degree? |
| 11 | A.  In Taiwan.  Long time ago.  Don't ask me |
| 12 | when. |
| 13 | Q.  More than 20 years? |
| 14 | A.  (Nodded head.) |
| 15 | Q.  Yes?  One thing as we go through the |
| 16 | deposition -- |
| 17 | A.  PhD is in University of Illinois.  I'm |
| 18 | sorry.  25 years ago. |
| 19 | Q.  University of Illinois.  Okay.  One thing |
| 20 | is we're going to be try to be as efficient as |
| 21 | possible today. |

Page 22

1    Q.  What is Exhibit 3?
2    A.  It's something I ordered for her to get
3  the blood drawn to check the Dilantin level in the
4  blood.  And also, on the bottom I put down a note
5  that said the patient allowed to go back to work on
6  May 27, 2008.
7    Q.  Okay.  Do you recall seeing Amie Carrier
8  on May 9, 2008?
9    A.  I cannot remember.  I have to go with my
10  note.  I did not see her at that time.
11    Q.  Oh, you didn't see her?
12    A.  No.
13    Q.  Do you know how it came to be for you to
14  issue the prescription on Exhibit 3 and sign the
15  note?
16    A.  Apparently, she probably call me for
17  Dilantin, and then for some reason I told her she
18  had to check the Dilantin level, because if we
19  don't check the Dilantin level, that's not good.
20  That's not appropriate.  That's why I ordered that.
21  It's not the medicine.

Page 23

1    Q.  Oh, so you're ordering a blood test?
2    A.  That's correct.
3    Q.  And does the phrase "hepatic profile"
4  mean a blood test and CBC?
5    A.  That's right.  That's to check to make
6  sure the Dilantin is not causing any trouble in
7  her.
8    Q.  And so do you believe -- we'll know from
9  I guess the printouts here in a minute.  To your
10  knowledge, did you take any notes of any
11  conversation with Amy Carrier?
12    A.  No.  I would not take notes.
13    Q.  And then the note at the bottom of
14  Exhibit 3, do you know how that came about?
15    A.  I really have no idea, but I believe
16  maybe she just told me she wanted to go back to
17  work, and then she said she wanted to go back to
18  work on May 27.  I saw her May 16.  I probably feel
19  that she's okay to go back to work.
20      (Yan Exhibit No. 4 was marked for
21  identification.)

Page 24

1    Q.  We've handed you Exhibit 4, and you were
2  commenting that what I've just handed you, you saw
3  a few minutes ago when we were looking at your
4  computer records; is that correct?
5    A.  Yes.
6    Q.  Can you tell us what do you recall, if
7  anything, about Exhibit 4?
8    A.  No.  I cannot recall.  I saw this one
9  before.  I saw this one on my records.
10    Q.  You saw it just a few minutes ago today
11  on the computer?
12    A.  That's correct.  Yes.
13    Q.  So do you know whether or not -- well,
14  you all have it in your records; correct?
15    A.  Yes.
16    Q.  So you must have received it at some
17  point?
18    A.  Yes.
19    Q.  The first page of Exhibit 4 appears to be
20  a fax cover sheet, right?
21    A.  Yes.

Page 25

1    Q.  From it looks like VCA to your office?
2    A.  Yes.
3    Q.  And attached to it is some sort of job
4  description or position description?
5    A.  Yes.
6    Q.  Do you recall reviewing a position
7  description in relation to Amie Carrier at any
8  time?
9    A.  It has been for a long time.
10    Q.  I understand.
11    A.  I don't think I can recall.  I cannot
12  remember that long ago.  But it's in my records, so
13  I must see this one.  I probably look at this one
14  with her and then I said okay, you go back to work.
15    Q.  So if you did that, what would have been
16  the purpose for you in looking at a position
17  description like that?
18    A.  She probably asked me whether she can go
19  back to work or not.  I said why not.
20    Q.  Okay.  So you probably would have
21  reviewed it and factored in whether or not --

Page 26

1    A.  She's appropriate for her to go back to
2  work or not.  And I probably think it's
3  appropriate.  That's why I said go back to work.
4        (Yan Exhibit No. 5 was marked for
5  identification.)
6    Q.  Is that the same note?  It seems to have
7  a different date, does it not?
8    A.  Basically, it's saying the same thing.
9  We are adjusting the medication and she should be
10 able to go back to work.
11   Q.  Okay.  And your signature is on this
12 note?
13   A.  Yes, that's my signature.
14   Q.  And I guess your understanding, the
15 purpose of this would have been so that it would
16 have been given to her employer?
17   A.  Yes.
18   Q.  So you released her.  Although you noted
19 you were adjusting her medication, you had released
20 her back to work without any restrictions on
21 May 27, 2008?

Page 27

1    A.  That's correct, according to the note.
2    Q.  Or earlier, it says.
3    A.  Yes.
4    Q.  Do you recall any information Dr. Amie --
5  I'm referring to her as Doctor, because she's a
6  doctor of veterinary medicine.  Amie Carrier.  Do
7  you recall her giving you any specific information
8  which caused you to sign the note at Exhibit 5?
9    A.  I don't remember.
10   Q.  Would that be in your notes?
11   A.  No.  I just looked.  No, it's not in my
12 notes.  And I cannot remember.  Most of the time I
13 just review the job description and make sure it's
14 okay.  And most of the time the patient said that
15 she want to go back to work.
16   Q.  You say that sort of as a general matter,
17 not something you specifically recall about Amie
18 Carrier?
19   A.  No.
20       (Yan Exhibit No. 6 was marked for
21 identification.)

Page 28

1    Q.  I've handed you Exhibit 6, and according
2  to the first page, it's a physician's report
3  regarding driving.  Do you see that?
4    A.  Yes.
5    Q.  Is your signature on the fourth page of
6  the document?
7    A.  That's my signature.
8    Q.  This appears to have been signed by you,
9  it appears, on Page 4, October 13, 2008?
10   A.  That's correct.
11   Q.  First of all, I note on the bottom of
12 Page 1, it indicates -- well, Item No. 3 was
13 checked "yes."  Do you see that?
14   A.  Yes.
15   Q.  And that could encompass epilepsy or
16 seizures; is that right?
17   A.  That's correct.
18   Q.  And then the date of the last episode is
19 listed as May 2008?
20   A.  That's correct.
21   Q.  So from what had been reported to you by

Page 29

1  Amie Carrier, she had not had a seizure type of
2  event since May 2008; is that correct?
3    A.  That's correct.
4    Q.  Do you recall if she reported to you
5  later that she had any seizure type of events in --
6  let me give you a time frame, Doctor -- from the
7  date you signed this document?  So October 13,
8  2008, until let's say December 15, 2008.
9    A.  I have to look in my record.  I cannot
10 recall.
11   Q.  Okay.
12   A.  On March 27, 2009, I have a record says
13 that she reported she has one seizure and she said
14 that she was sleep deprived.
15   Q.  That's 2009?
16   A.  2009, March 27.
17   Q.  Okay.  So do you have any records
18 indicating any report of seizures by Amie Carrier
19 between October 13, 2008, and let's say
20 December 15, 2008?
21   A.  In May 2008 and then the next time the

Page 30

1  visit was March 27, 2009.
2      Q. So that's the next time she reported to
3  you any sort of seizure?
4      A. She came to my office and she said she
5  had one seizure. I don't know the date for the
6  seizure.
7      Q. On March 27, 2009, she didn't say when
8  that occurred?
9      A. No.
10     Q. Okay. Do you recall if she indicated in
11 some way if it was fairly recent?
12     A. No.
13     Q. Page 2, back to Exhibit 6, Doctor, I
14 guess it's a continuation of the list that began on
15 Page 1; is that correct?
16     A. Yes.
17     Q. So all of those items are things that at
18 least from the MVA point of view, they wanted you
19 to indicate whether she was reporting that they had
20 occurred or not; is that correct?
21     A. That's correct.

Page 31

1      Q. So you checked no on each one of those?
2      A. Because she said no.
3      Q. And then Page 3 I guess is where you
4  indicate current medications?
5      A. Yes.
6      Q. And it was Dilantin at that point in
7  time?
8      A. Yes.
9      Q. And the bottom block, if you will, on
10 Page 3, it's a little hard to read the heading, but
11 can you tell me what that is indicating? You
12 checked the "good" block.
13     A. The prognosis.
14     Q. And then moving on to Page 4, I guess at
15 the top there is also a section Prognosis.
16     A. Yes, that's prognosis.
17     Q. So the bottom block on Page 3, something
18 results on -- I don't know. The black heading is
19 sort of blocking out the "something" to date.
20     A. I can't read it.
21     Q. That's fine. Then on to Page 4, the

Page 32

1  prognosis you noted was good; is that correct?
2      A. It's good.
3      Q. And then moving down the page, your
4  certification indicates she's taking the
5  medications. See that?
6      A. Yes.
7      Q. And then the seizure medical condition is
8  controlled?
9      A. Yes.
10     Q. And then you indicate in your opinion she
11 was capable of driving a motor vehicle?
12     A. Yes.
13     Q. And then block No. 1 there, description
14 of limitations including any effect this impairment
15 may have on her ability to safely operate a motor
16 vehicle.
17     A. I didn't --
18     Q. There were none indicated to you;
19 correct? That block on any limitations you left
20 blank because none were indicated to you; is that
21 correct?

Page 33

1      A. That's correct.
2         (Yan Exhibit No. 7 was marked for
3  identification.)
4      Q. We've handed you Exhibit 7. Is that the
5  March 27, 2009 note?
6      A. Yes.
7      Q. Doctor, in dealing with someone with a
8  seizure condition, is there any sort of scale, if
9  you will, to evaluate the type of seizure or the
10 level of the seizure? I'm not asking this very
11 clearly, I know, but are there different types of
12 seizures?
13     A. Yes.
14     Q. Did you ever, in treating Amie Carrier,
15 form an opinion about the type or types of seizures
16 she was reportedly having?
17     A. Her seizure probably something we call
18 compressed partial seizure. The reason I'm saying
19 that, because on the EEG, it's only focal on one
20 side over the temporal lobe area. Then that area
21 is not normal based on the EEG, so she probably had

Page 34

1  compressed partial seizure.  It only means on the
2  seizure, sources is from temporal lobe.
3      Q.  So that helps to identify the location of
4  the brain where it's coming from?
5      A.  Yes.
6      Q.  Or developing?
7      A.  That's right.
8      Q.  It's not assessing sort of the gravity of
9  the seizure, if you will?
10     A.  No.
11     Q.  Did you, in dealing with Amie Carrier as
12  a patient, ever reach that sort of assessment of
13  sort of the gravity or seriousness of the seizures
14  themselves?
15     A.  I cannot remember.
16     Q.  If you had, would that be noted in your
17  records somewhere?
18     A.  Yes.  Her seizure is easy to control,
19  because she doesn't have seizure like some people
20  have seizure every day.  It just comes if she
21  doesn't take medicine or sleep deprived.  If she

Page 35

1  take medicine, she should be okay.
2      Q.  So from what you understood from Amie
3  Carrier, the frequency of her seizures were fairly
4  infrequent; is that correct?
5      A.  That's correct.
6      Q.  And then from your perspective, you
7  understood that either avoiding sleep deprivation
8  and/or taking appropriate medicine should control
9  them?
10     A.  Yes.
11     Q.  I think you mentioned that some patients
12  you deal with have seizures even on a daily basis?
13     A.  That's correct.
14         MR. FLOOD:  Okay.  Can we go look at
15  those medical records real quick?  And then we're
16  real close to being done.
17         (Discussion held off the record.)
18         (Yan Exhibit No. 8 was marked for
19  identification.)
20         MR. FLOOD:  We've marked now Exhibit 8
21  for Dr. Yan's deposition, and I've handwritten in

Page 36

1  blue ink at the bottom of each page, page numbers
2  from 1 through 39.  And we're going to have a copy
3  made for each counsel here shortly.
4      Q.  Dr. Yan, I'll hand you Exhibit 8.
5         Okay.  You've had a chance to review
6  that.  Is Exhibit 8 -- these are all the records,
7  to your knowledge, that your office has regarding
8  Amie Carrier?
9      A.  Yes.
10     Q.  May I retrieve those for just one moment?
11  I'm going to point you to a few specific pages.
12  First of all, Page 2.  Is that your handwritten
13  note for the visit with Amie Carrier or March 27,
14  2009?
15     A.  That's correct.
16     Q.  And just so it's clear, are those your
17  handwritten notes?
18     A.  Yes.
19     Q.  What do they say?
20     A.  They say patient one seizure and sleep
21  deprivation, and at the moment she's taking

Page 37

1  Dilantin 300 milligram and also taking Xanax as
2  needed at night.
3      Q.  Okay.  Just turn that page over.  I'll
4  retrieve them and I'll point you to another page
5  shortly.  Okay.  Page 3 and then Page 4.  First
6  look at Page 3.  What is that?
7      A.  It's my written note on May 9, 2008.
8  Patient frequent seizure, and the Dilantin level is
9  only 3.5, which is low.  And she's taking Dilantin
10  three times a day and she developed a rash from
11  another medicine called trileptal.  I give her
12  trileptal and she developed a rash.  And then on
13  the bottom, that's the instruction for her that
14  date.  I told her to take Klonopin at bedtime for
15  sleep as needed.  And she's supposed to take
16  Dilantin every night, and we are going to check the
17  laboratory, and she will come in in three months.
18     Q.  Okay.  Page 4 now.
19     A.  Page 4, the written note for May 16,
20  2008.  That's a note that says patient was seen in
21  the emergency room as a Dilantin toxicity.  She

JAMES YAN, M.D., PH.D.
**NEUROLOGY**
11119 Rockville Pike, #320 Rockville, MD 20852

TEL: (301) 468 - 1997
FAX: (301) 468 - 1996

Medical # 41150070?
DEA No. BY 3494072

Name _Carrier, Amie_                Date _5/9/08_

Address _____

℞      Dilantin level
       Hepatic profile
       CBC

Dx Seizure
☐ Labor
Refills

_____ M.D

JAMES YAN, M.D., PH.D.
WHITE FLINT PROFESSIONAL BLDG.
8600 OLD GEORGETOWN RD.                 Date 05-09-2008
BETHESDA, MD 20814
301-468-1997

Patient Information
AMIE L CARRIER
313 FALLSGROVE DR.
ROCKVILLE MD 20850

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been under my professional care for SEIZURE/CONVULSION

This patient is allowed to return to work on 05-27-2008

Signed : _____

Office of JAMES YAN, M.D.

PENGAD 800-631-6989   GB EXHIBIT
3
10·18·11   Yan

VCA00141



**VCA**
**VETERINARY**
**REFERRAL**
**ASSOCIATES**

15021 Dufief Mill Road
Gaithersburg, MD 20878
(301) 340-3224
(301) 738-8845 Fax

*ER I CRITICAL CARE*
Anthony S. Johnson, DVM
*Diplomate ACVECC*

Anne E. Stoneham, DVM
*Diplomate ACVECC*

*ER I CRITICAL CARE*
*& INTERNAL MEDICINE (SA)*
Nancy A. Sanders, DVM
*Diplomate ACVIM, ACVECC*

*INTERNAL MEDICINE (SA)*
Tina S. Conway, DVM
*Diplomate ACVIM (SAIM)*

*NEUROLOGY/NEUROSURGERY*
H. Steven Steinberg, VMD
*Diplomate ACVIM (Neurology)*

*ONCOLOGY*
Anthony J. Caic, DVM
*Practice Limited to Oncology*

*OPHTHALMOLOGY*
Kelly A. Caruso, VMD
*Practice Limited to Ophthalmology*

*RADIATION ONCOLOGY*
Eric W. Boshoven, DVM
*Diplomate ACVR (RO)*

*RADIOLOGY/ULTRASONOGRAPHY*
Robert Brawer, DVM
*Practice Limited to Radiology*

*RESIDENTS*
Gretchen D. Statz, DVM
*Emergency/Critical Care*

Keith E. Sobel, DVM
*Emergency/Critical Care*
*Internal Medicine*

Christopher G. Byers, DVM
*Emergency/Critical Care*
*Internal Medicine*

Sara A. Brown, DVM
*Emergency/Critical Care*

Nathan J. Lippo, DVM
*Emergency/Critical Care*

*SOFT TISSUE SURGERY*
David K. Saylor, VMD
*Senior Surgeon – Medical Director*

Jarod E. Williams, DVM
*Diplomate ACVIM (SAIM)*

*SURGERY*
Bruno Masset, DVM
*Diplomate ACVS, ECVS*

# *FAX COVER SHEET*

To: _James Yan MD_

Fax #: _301·468·1996_

From: _C. Smith_

Re: _Job Description / Anie Caruso_

# of Pages: _5_ *(Including this page)*

Date: _5/16/08_    Time: _3:25 pm_

*Additional Comments:*

EXHIBIT
4
10-18-11

 **Animal Hospitals**

## Staff Veterinarian Job Description

**Position Title:** Staff Veterinarian
**Reports To:** Medical Director with support of the Regional Medical Director
**Department:** DVM
**Employee Status:** Exempt

### Job Description

Under policy direction of the Medical Director with support of the Regional Medical Director, the Staff Veterinarian provides professional medical, nutritional, dental and surgical diagnostics and treatment of companion animals.

### Knowledge, Skills and Abilities:

- Professional mannerism and appearance.
- Good interpersonal skills.
- Positive and friendly attitude.
- Ability to communicate directions and instructions clearly and effectively.
- Ability to earn respect from coworkers.
- Ability to make decisions.
- Respect for clients and their pets.
- Willingness to work with clients and their pets.
- Willingness to learn and use computer.
- Ability to work under stress.
- Practices the highest standard of medicine.
- Uphold the veterinary code of ethics.

### Education and Experience:

- A Doctor of Veterinary Medicine (DVM) degree, or equivalent, from an accredited university.
- A license to practice in the state in which he/she is employed.

### Authority:

- Directs and guides Veterinary Technicians, Veterinary Assistants and any other employee interacting with pet care.

### Physical Requirements:

- Dependable attendance is required.
- Any allergies to animals must be controllable through medication.
- Must be able to lift 40 pounds.
- Must be willing to work long or irregular hours under pressure conditions.

VCA00146

- This position requires the ability to walk, bend, stand and reach constantly during a minimum 8-hour day.
- Visual acuity sufficient to maintain accurate records, recognize people and understand written directions.
- Ability to speak and hear sufficiently to understand, give information in person and over the telephone.
- Fine motor skills adequate for utilizing hospital equipment such as electric clippers, scalpels, syringes, radiology equipment, laboratory equipment, computers, etc.

*Duties:*

The following is a partial list of essential job responsibilities. This list may be revised at any time and additional duties not listed here may be assigned as needed.

1. Patient Management
2. Client Management
3. Administrative Management
4. Staff Management
5. Professional Responsibilities

*Patient Management:*

- Cares - remembering that the patient's well being is the first priority.
- Continually improve the quality of patient care through studying veterinary journals and texts and by attending seminars.  VCA has established a minimum 30-hour per year requirement for continuing education for each veterinarian.
- Perform examinations, diagnostic, medical, surgical and dental procedures in a way that will deliver the highest quality care while minimizing patient stress and discomfort.
- Recommend referral to one of the other VCA doctors or a specialist when this is likely to significantly improve the prognosis.

*Client Management:*

- Will promote and participate in the principles of the VCA Mission Statement, Three Steps of Service and VCA Standards of Client Service and that the above is known and practiced by all employees.
- Develop rapport with clients.
- Determine client's needs and wishes.
- Question the client to ascertain the patient's past medical and surgical history as well as a description of the current presenting signs.
- Explain physical examination findings.
- Recommend the appropriate preventive health care, including vaccines and appropriate nutritional products and protocols.
- Recommend and explain plans for diagnostic procedures and for medical and surgical therapies; methods for home care procedures and follow up plans.
- Give the client a prognosis of the pet's problems.
- Generate fee estimates for recommended procedures and presents them to the client.
- Keep clients informed regarding the status of their pet and results of diagnostic tests.
- Provide telephone consultation, including follow-up calls for progress reports, etc.

VCA00147

*Administrative Management:*
- Maintenance of client/patient medical/surgical records.
    1. Completely "SOAP" the patients medical records:
        - S = Subjective analysis of problem (history)
        - O = Objective analysis of problem (symptoms)
        - A = Assessment of problem (diagnosis)
        - P = Plan of dealing with problem (treatment)
    2. Make certain all necessary logs are kept up to date through established protocols and guidelines:
        - Surgical logs
        - Narcotics logs
        - Radiology logs
        - Laboratory logs
        - Any other logs
- Accurately charge clients for all services performed.
- Participate in the planning, execution and analysis of various methods of improving delivery of services to clients.
- Support and participate in VCA marketing and promotional events and programs.
- Ready to report to work when the need arises.
- Contribute to maintenance of a comfortable, clean and safe environment of which the clients, the staff and the management can be proud.

*Staff Management: Professional Staff:*
- Ensure an atmosphere of cooperation and mutual respect.
- Keep patient records complete and up-to-date to assist colleagues in follow-up and future management of the patient.
- Provide consultation when requested and assisting with diagnostic, treatment and surgical procedures.
- Ensure that credit is accurately given for procedures performed by each veterinarian.
- Maintain communication with clients when their pet's primary veterinarian is not available.

*Staff Management: Technicians/Assistants:*
- Maintain an atmosphere of cooperation and mutual respect.
- Clearly prescribe detailed directions regarding drug doses, routes, times, and rates for administration, diagnostic medical, surgical and dental procedures and instructions for patient monitoring.
- Assist technicians where necessary and fostering an educational environment.
- Provide instruction in client education, diagnostic and treatment procedures, and anesthesia, care of instruments, surgical assisting and dentistry.

*Staff Management: Receptionists*
- Maintain an atmosphere of cooperation and mutual respect.
- Expedite the generation of fee estimates for recommended procedures and the invoicing of client charges for outpatients and for patients to be discharged.

VCA00148

- Clearly record information, in a timely manner, regarding medications and supplies being dispensed.
- Assist receptionists in providing answers to client's questions.
- Provide education regarding basic pet health to assist them in advising clients when scheduling appointments for examinations and various procedures.

*Professional Responsibilities:*

- Honesty in dealing with clients and colleagues.
- Maintain an attitude and appearance that reflect favorably on the profession.
- Empathy for colleagues when questions of clinical judgment arise.
- Share information and concerns with other members of the profession by attending veterinary meetings regularly.
- Provide advice and encouragement to potential newcomers to the profession.
- Represent the hospital to the professional community and the general public as requested.
- Model an "owner" mentality in hospital by demonstrating willingness to assist all employees for the success of the hospital.

VCA00149



**VCA**

**VETERINARY
REFERRAL
ASSOCIATES**

5021 DUFIEF MILL ROAD
GAITHERSBURG, MD 20878
PHONE (301)340-3224 FAX (301)738-8845

**CRITICAL CARE**
Christopher G. Byers, DVM
Diplomate ACVECC

Nancy A. Sanders, DVM
Diplomate ACVIM (SAIM), ACVECC

Anne E. Stoneham, DVM
Diplomate ACVECC

Gretchen D. Statz, DVM
Diplomate ACVECC

**RESIDENTS**
Sara A. Brown, DVM
Emergency/Critical Care

Christopher G. Byers, DVM, DACVECC
Internal Medicine

Annie L. Carrier, DVM
Internal Medicine

Nicole E. Gumia, DVM
Emergency/Critical Care & Internal Medicine

Nathan J. Uppo, DVM
Emergency/Critical Care

**INTERNAL MEDICINE**
Lisa S. Conway, DVM, MA
Diplomate ACVIM (SAIM)

Keith E. Sobel, DVM
Practice Limited to Internal Medicine (SAIM)
Practice Limited to Emergency/Critical Care

**NEUROLOGY/NEUROSURGERY**
Steven Steinberg, VMD
Diplomate ACVIM (Neurology)

**ONCOLOGY**
Anthony J. Cate, DVM
Practice Limited to Oncology

**OPHTHALMOLOGY**
Kelly A. Caruso, VMD
Diplomate ACVO

Keith Koch, VMD, MMSc
Diplomate ACVO

**RADIATION ONCOLOGY**
W. Boshoven, DVM
Diplomate ACVR (RO)

**RADIOLOGY/ULTRASONOGRAPHY**
Robert Brawer, DVM
Practice Limited to Radiology

**SOFT TISSUE SURGERY**
David K. Saylor, VMD – Medical Director
Senior Surgeon

David E. Williams, DVM
Diplomate ACVIM (SAIM)

Terrence Rawlings, DVM, PhD
Diplomate ACVS

**SURGERY**
Mario Massat, DVM
Diplomate ACVS
Diplomate ECVS

## FAX COVER SHEET

**To:** Dr. Yan

**Fax #** 301-468-1996

**From:** Margaret

**Re:** Amie Carrier's Job Description

**# of Pages:** 5 *(including this page)*

**Date:** 5/20/08     **Time:**

***Additional Comments:***



FAXED
3:37 pm
5/20/08

VCA00150



**Animal Hospitals**

## Staff Veterinarian Job Description

**Position Title:**   Staff Veterinarian
**Reports To:**   Medical Director with support of the Regional Medical Director
**Department:**   DVM
**Employee Status:**   Exempt

### Job Description

Under policy direction of the Medical Director with support of the Regional Medical Director, the Staff Veterinarian provides professional medical, nutritional, dental and surgical diagnostics and treatment of companion animals.

### Knowledge, Skills and Abilities:

- Professional mannerism and appearance.
- Good interpersonal skills.
- Positive and friendly attitude.
- Ability to communicate directions and instructions clearly and effectively.
- Ability to earn respect from coworkers.
- Ability to make decisions.
- Respect for clients and their pets.
- Willingness to work with clients and their pets.
- Willingness to learn and use computer.
- Ability to work under stress.
- Practices the highest standard of medicine.
- Uphold the veterinary code of ethics.

### Education and Experience:

- A Doctor of Veterinary Medicine (DVM) degree, or equivalent, from an accredited university.
- A license to practice in the state in which he/she is employed.

### Authority:

- Directs and guides Veterinary Technicians, Veterinary Assistants and any other employee interacting with pet care.

### Physical Requirements:

- Dependable attendance is required.
- Any allergies to animals must be controllable through medication.
- Must be able to lift 40 pounds.
- Must be willing to work long or irregular hours under pressure conditions.

VCA00151

- This position requires the ability to walk, bend, stand and reach constantly during a minimum 8-hour day.
- Visual acuity sufficient to maintain accurate records, recognize people and understand written directions.
- Ability to speak and hear sufficiently to understand, give information in person and over the telephone.
- Fine motor skills adequate for utilizing hospital equipment such as electric clippers, scalpels, syringes, radiology equipment, laboratory equipment, computers, etc.

*Duties:*

The following is a partial list of essential job responsibilities. This list may be revised at any time and additional duties not listed here may be assigned as needed.

1. Patient Management
2. Client Management
3. Administrative Management
4. Staff Management
5. Professional Responsibilities

*Patient Management:*

- Cares - remembering that the patient's well being is the first priority.
- Continually improve the quality of patient care through studying veterinary journals and texts and by attending seminars. VCA has established a minimum 30-hour per year requirement for continuing education for each veterinarian.
- Perform examinations, diagnostic, medical, surgical and dental procedures in a way that will deliver the highest quality care while minimizing patient stress and discomfort.
- Recommend referral to one of the other VCA doctors or a specialist when this is likely to significantly improve the prognosis.

*Client Management:*

- Will promote and participate in the principles of the VCA Mission Statement, Three Steps of Service and VCA Standards of Client Service and that the above is known and practiced by all employees.
- Develop rapport with clients.
- Determine client's needs and wishes.
- Question the client to ascertain the patient's past medical and surgical history as well as a description of the current presenting signs.
- Explain physical examination findings.
- Recommend the appropriate preventive health care, including vaccines and appropriate nutritional products and protocols.
- Recommend and explain plans for diagnostic procedures and for medical and surgical therapies; methods for home care procedures and follow up plans.
- Give the client a prognosis of the pet's problems.
- Generate fee estimates for recommended procedures and presents them to the client.
- Keep clients informed regarding the status of their pet and results of diagnostic tests.
- Provide telephone consultation, including follow-up calls for progress reports, etc.

VCA00152

*Administrative Management:*

- Maintenance of client/patient medical/surgical records.
  1. Completely "SOAP" the patients medical records:
     - S = Subjective analysis of problem (history)
     - O = Objective analysis of problem (symptoms)
     - A = Assessment of problem (diagnosis)
     - P = Plan of dealing with problem (treatment)
  2. Make certain all necessary logs are kept up to date through established protocols and guidelines:
     - Surgical logs
     - Narcotics logs
     - Radiology logs
     - Laboratory logs
     - Any other logs
- Accurately charge clients for all services performed.
- Participate in the planning, execution and analysis of various methods of improving delivery of services to clients.
- Support and participate in VCA marketing and promotional events and programs.
- Ready to report to work when the need arises.
- Contribute to maintenance of a comfortable, clean and safe environment of which the clients, the staff and the management can be proud.

*Staff Management: Professional Staff:*

- Ensure an atmosphere of cooperation and mutual respect.
- Keep patient records complete and up-to-date to assist colleagues in follow-up and future management of the patient.
- Provide consultation when requested and assisting with diagnostic, treatment and surgical procedures.
- Ensure that credit is accurately given for procedures performed by each veterinarian.
- Maintain communication with clients when their pet's primary veterinarian is not available.

*Staff Management: Technicians/Assistants:*

- Maintain an atmosphere of cooperation and mutual respect.
- Clearly prescribe detailed directions regarding drug doses, routes, times, and rates for administration, diagnostic medical, surgical and dental procedures and instructions for patient monitoring.
- Assist technicians where necessary and fostering an educational environment.
- Provide instruction in client education, diagnostic and treatment procedures, and anesthesia, care of instruments, surgical assisting and dentistry.

*Staff Management: Receptionists*

- Maintain an atmosphere of cooperation and mutual respect.
- Expedite the generation of fee estimates for recommended procedures and the invoicing of client charges for outpatients and for patients to be discharged.

VCA00153

- Clearly record information, in a timely manner, regarding medications and supplies being dispensed.
- Assist receptionists in providing answers to client's questions.
- Provide education regarding basic pet health to assist them in advising clients when scheduling appointments for examinations and various procedures.

*Professional Responsibilities:*

- Honesty in dealing with clients and colleagues.
- Maintain an attitude and appearance that reflect favorably on the profession.
- Empathy for colleagues when questions of clinical judgment arise.
- Share information and concerns with other members of the profession by attending veterinary meetings regularly.
- Provide advice and encouragement to potential newcomers to the profession.
- Represent the hospital to the professional community and the general public as requested.
- Model an "owner" mentality in hospital by demonstrating willingness to assist all employees for the success of the hospital.

VCA00154

5/21/2008 3:52 PM  FROM: 3014601996  TO: 3017388845  PAGE: 002 OF 002

JAMES YAN, M.D., PH.D.
WHITE FLINT PROFESSIONAL BLDG.
8600 OLD GEORGETOWN RD.
BETHESDA, MD 20814
301-468-1997

Date 05-21-2008

Patient Information
AMIE L CARRIER
313 FALLSGROVE DR.
ROCKVILLE MD 20850

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been under my professional care for SEIZURE/CONVULSION

This patient is allowed to return to work on 05-27-2008

The following restriction(s) will apply until further notice:

Miscellaneous Restrictions:

DR. CARRIER HAS SEIZURE. CURRENTLY, WE ARE ADJUSTING HER
MEDICATION. SHE SHOULD BE ABLE TO GO BACK TO HER REGULAR
JOB WITHOUT RESTRICTION ON 052708, OR EARLIER.

Signed : _____
Office of JAMES YAN, M.D.

EXHIBIT
5
10·18·11  Yan
PENGAD 800-631-6989

VCA00142

## oMVA
6601 Ritchie Highway, N.E.
Glen Burnie, MD 21062
**Motor Vehicle Administration**

**PHYSICIAN'S REPORT**
Driver Wellness & Safety

**QUESTIONS?**
Please call:
**(410) 768-7511**

TTY FOR THE DEAF 1-800-492-4575

For Office Use Only.  Requested By: **TH**          Date Requested: **October 23, 2006**

**TO THE DRIVER/APPLICANT:**

If you are currently being treated by a physician or have been seen by a physician in the last 12 months, please COMPLETE SECTION 1 (BELOW ONLY); then have your treatment provider complete the rest of this form. This TREATMENT PROVIDER'S REPORT should be returned to us in the enclosed pre-addressed envelope along with other forms that may be requested in the cover letter that accompanied this form. (Payment for any examination, if necessary, and the preparation of this form is YOUR responsibility.)

All medical data obtained will be kept CONFIDENTIAL and will be used only to determine your qualifications to drive as set out in Section 16-118 of the Transportation Article of the Annotated Code of Maryland.

### SECTION 1  GENERAL INFORMATION (to be completed by driver/applicant)

(Please Type or Print)

DRIVER/APPLICANT'S NAME  **CARRIER**          **AMIE**          **L**
                          LAST              FIRST            MIDDLE

ADDRESS:  **313 FALLSGROVE DR**          **ROCKVILLE**    **MD**     **20850**
          STREET                       CITY           STATE       ZIP CODE

DATE OF BIRTH: ▓▓▓▓▓▓
                MONTH / DAY / YEAR          PHONE NUMBER(8): ▓▓▓▓▓▓

DRIVER'S LICENSE NUMBER: ▓▓▓▓▓▓          SOCIAL SECURITY NUMBER: ▓▓▓▓▓▓

**TO THE PHYSICIAN:**

Your patient has been receiving care which requires review by the Medical Review Section and/or Medical Advisory Board. Please complete this PHYSICIAN'S REPORT and return it to this Administration along with your client's completed HEALTH QUESTIONNAIRE and any other required forms in the envelope provided. Please complete all areas that pertain to your client. If you have any questions, you may contact the Medical Review Section at the above-listed phone number. If this information is not returned to our office, as specified in our cover letter to your client, his/her license/privilege to drive may be subject to suspension.

(Sections 2 through 8 to be Completed by Physician)

### SECTION 2  HISTORY

Have you treated the above-named person or referred him/her to another health care provider for any of the following conditions in the last 2 years? Please clarify any "yes" answers in the comment section that follows these questions.

|   |   | CHECK ONE | DATE |
|---|---|---|---|
| 1. | Motor Vehicle Accident | ☐ Yes ☒ No | |
| 2. | Driver's License Revocation, Suspension, Cancellation | ☐ Yes ☒ No | |
| 3. | Blackout Spells, Dizzy Spells, Epilepsy, Seizure, Loss of Consciousness | ☒ Yes ☐ No | May/2008 |

Date of Last Episode: **May/2008**

DC-119 5 1 - 4 (04/2002)



EXHIBIT

6

10-18-11

|  | | CHECK ONE | DATE |
|---|---|---|---|
| 4. | Other Neurological Impairments | ☐ Yes ☑ No | |
| 5. | Head Trauma/Brain Surgery | ☐ Yes ☑ No | |
| 6. | Nervousness | ☐ Yes ☑ No | |
| 7. | Depression/Confusion, Other Psychiatric Disorders | ☐ Yes ☑ No | |
| 8. | Memory Impairment | ☐ Yes ☑ No | |
| 9. | Alcoholism | ☑ Yes ☐ No | |
| 10. | Visual Impairment/Eye Disease | ☐ Yes ☑ No | |
| 11. | Drug Abuse | ☐ Yes ☑ No | |
| 12. | Hearing Impairment | ☐ Yes ☑ No | |
| 13. | Amputation/Missing Extremities/Prostheses | ☐ Yes ☑ No | |
| 14. | Other Orthopedic Impairments | ☐ Yes ☑ No | |
| 15. | High Blood Pressure | ☐ Yes ☑ No | |
| 16. | Stroke | ☐ Yes ☑ No | |
| 17. | Heart Disease/Cardiovascular Impairments | ☐ Yes ☑ No | |
| 18. | Diabetes | ☐ Yes ☑ No | |
| 19. | Other Diseases/Ailments/Complications: List Below | ☐ Yes ☑ No | |

Comment: (Please type or print)

_____

_____

_____

_____

## SECTION 3. PHYSICAL, NEUROLOGICAL AND/OR PSYCHIATRIC EXAMINATIONS

Note POSITIVE Findings Only

1. _____

2. _____

3. _____

4. _____

5. _____

Status/level of impairment (e.g. facial droop, paraparesis, ambulatory, wheel chair bound, etc.)

_____

_____

Physician's Report                                                          Page 2

                                                                    DC-119E 2 - 4 (04/2002)

From: 3014681996          Page: 5/15     Date: 6/17/2011 11:21:43 AM
10/10/2009  11:15   3017621745              VCA VRA                        PAGE  05

## SECTION 4 CURRENT DIAGNOSIS AND MEDICATIONS

| LIST CURRENT DIAGNOSIS | CURRENT MEDICATIONS |
|---|---|
| 1. Dilantin | Seizure |
| 2. | |
| 3. | |
| 4. | |

## SECTION 5 LABORATORY

List positive laboratory results that support diagnosis above (blood count, blood chemistry, EKG, X-ray, etc.) (Please print or type)

Dilantin leve 8.2 (7/2/08)
                7.6 (8/27/08)

## SECTION 6 RESULTS OF TREATMENT TO DATE

1. ☐ Poor      2. ☐ Fair      3. ☒ Good      4. ☐ Excellent

5. Comment: (Please type or print)

---

'Physician's Report                                                      Page 3

DO-119E 3 - 4 (04/2002)

## SECTION 7 PROGNOSIS

1. ☐ Poor     2. ☐ Fair     3. ☑ Good     4. ☐ Excellent

5. Comment: (Please type or print)

## SECTION 8 PHYSICIAN'S CERTIFICATION

1. Description of Limitation(s) - including any effect this impairment may have on the patient's ability to safely operate a motor vehicle. (Please type or print)

2. Patient is reliable in taking medications?
   ☑ Yes ☐ No

3. Patient's seizures/medical condition is controlled?
   ☑ Yes ☐ No

4. Patient has been under my care for: (how long?)
   _Since 12/18/07_

5. In my professional opinion, this person is physically/mentally capable of safely operating a motor vehicle at this time:
   ☑ Yes ☐ No

6. Comment (Please type or print)

7. Name of Physician (Print or Type): _James Yan_

8. Physician's Address: _11VA Rockville Pike Rockvill MD 20852_  Phone Number: _(3) 468-1997_

9. Physician's License Number _D40353_     10. Specialty _Neurology_

11. Physician's Signature _JNYan_     12. Date _10/13/08_

Physician's Report                                                    Page 4

DO-119E.4 - 4 (04/2002)



**Member Name**
AMIE L. CARRIER
**Member ID**

**Group**

BCBS Plan 080/580

PPO

Ins.# Change
5/28/10



www.carefirst.com
Member Service: 443-738-2921
                  888-567-9887

Provider Claims and Benefits: 800-842-5975
Hospital Precert: 866-773-2884
Mental Health/Substance Abuse: 800-245-7013
Overseas Medical Help: 800-810-2583
To locate Participating Providers outside the
CareFirst BlueCross BlueShield service area,
call 800-810-2583
If your CareFirst benefits include:
Dental Member Srvcs: 866-891-2802
Dental Provider Srvc: 866-891-2804
DNoA Preferred Network (for out-of-area dental
providers): 866-891-2802
Argus Pharmacy Services
Providers: 888-850-4599
Members: 800-241-3371
Davis Vision: 800-783-5602
DP Dental – PPO
DT Dental – Traditional

Providers must submit all Medical claims
to the local Blue Cross and Blue Shield Plan.
Local CareFirst Medical & All Dental
providers mail to:
Mail Administrator
PO Box 14118 (for Medical claims)
PO Box 14116 (for Dental claims)
PO Box 14114 (for correspondence)
Lexington, KY 40512

CareFirst BlueCross BlueShield is the business name of Group
Hospitalization and Medical Services, Inc. and is an
independent licensee of the Blue Cross and Blue Shield
Association. ® Registered trademark of the Blue Cross and
Blue Shield Association. ®' Registered trademark of CareFirst
of Maryland, Inc.  BOC0911-1B (10/09)



EXHIBIT
8
10-18-11   Van

05/21/2008  14:05    3017621745              VCA VRA                      PAGE  04

- Clearly record information, in a timely manner, regarding medications and supplies being dispensed.
- Assist receptionists in providing answers to client's questions.
- Provide education regarding basic pet health to assist them in advising clients when scheduling appointments for examinations and various procedures.

### Professional Responsibilities:

- Honesty in dealing with clients and colleagues.
- Maintain an attitude and appearance that reflect favorably on the profession.
- Empathy for colleagues when questions of clinical judgment arise.
- Share information and concerns with other members of the profession by attending veterinary meetings regularly.
- Provide advice and encouragement to potential newcomers to the profession.
- Represent the hospital to the professional community and the general public as requested.
- Model an "owner" mentality in hospital by demonstrating willingness to assist all employees for the success of the hospital.

05/21/2008   14:05   3017621745                   VCA VRA                                      PAGE   03

### Administrative Management:

- Maintenance of client/patient medical/surgical records.
    1. Completely "SOAP" the patients medical records:
        - S = Subjective analysis of problem (history)
        - O = Objective analysis of problem (symptoms)
        - A = Assessment of problem (diagnosis)
        - P = Plan of dealing with problem (treatment)
    2. Make certain all necessary logs are kept up to date through established protocols and guidelines:
        - Surgical logs
        - Narcotics logs
        - Radiology logs
        - Laboratory logs
        - Any other logs
- Accurately charge clients for all services performed.
- Participate in the planning, execution and analysis of various methods of improving delivery of services to clients.
- Support and participate in VCA marketing and promotional events and programs.
- Ready to report to work when the need arises.
- Contribute to maintenance of a comfortable, clean and safe environment of which the clients, the staff and the management can be proud.

### Staff Management: Professional Staff:

- Ensure an atmosphere of cooperation and mutual respect.
- Keep patient records complete and up-to-date to assist colleagues in follow-up and future management of the patient.
- Provide consultation when requested and assisting with diagnostic, treatment and surgical procedures.
- Ensure that credit is accurately given for procedures performed by each veterinarian.
- Maintain communication with clients when their pet's primary veterinarian is not available.

### Staff Management: Technicians/Assistants:

- Maintain an atmosphere of cooperation and mutual respect.
- Clearly prescribe detailed directions regarding drug doses, routes, times, and rates for administration, diagnostic medical, surgical and dental procedures and instructions for patient monitoring.
- Assist technicians where necessary and fostering an educational environment.
- Provide instruction in client education, diagnostic and treatment procedures, and anesthesia, care of instruments, surgical assisting and dentistry.

### Staff Management: Receptionists

- Maintain an atmosphere of cooperation and mutual respect.
- Expedite the generation of fee estimates for recommended procedures and the invoicing of client charges for outpatients and for patients to be discharged.

- This position requires the ability to walk, bend, stand and reach constantly during a minimum 8-hour day.
- Visual acuity sufficient to maintain accurate records, recognize people and understand written directions.
- Ability to speak and hear sufficiently to understand, give information in person and over the telephone.
- Fine motor skills adequate for utilizing hospital equipment such as electric clippers, scalpels, syringes, radiology equipment, laboratory equipment, computers, etc.

**Duties:**

The following is a partial list of essential job responsibilities.  This list may be revised at any time and additional duties not listed here may be assigned as needed.

1. Patient Management
2. Client Management
3. Administrative Management
4. Staff Management
5. Professional Responsibilities

**Patient Management:**

- Cares - remembering that the patient's well being is the first priority.
- Continually improve the quality of patient care through studying veterinary journals and texts and by attending seminars.  VCA has established a minimum 30-hour per year requirement for continuing education for each veterinarian.
- Perform examinations, diagnostic, medical, surgical and dental procedures in a way that will deliver the highest quality care while minimizing patient stress and discomfort.
- Recommend referral to one of the other VCA doctors or a specialist when this is likely to significantly improve the prognosis.

**Client Management:**

- Will promote and participate in the principles of the VCA Mission Statement, Three Steps of Service and VCA Standards of Client Service and that the above is known and practiced by all employees.
- Develop rapport with clients.
- Determine client's needs and wishes.
- Question the client to ascertain the patient's past medical and surgical history as well as a description of the current presenting signs.
- Explain physical examination findings.
- Recommend the appropriate preventive health care, including vaccines and appropriate nutritional products and protocols.
- Recommend and explain plans for diagnostic procedures and for medical and surgical therapies; methods for home care procedures and follow up plans.
- Give the client a prognosis of the pet's problems.
- Generate fee estimates for recommended procedures and presents them to the client.
- Keep clients informed regarding the status of their pet and results of diagnostic tests.
- Provide telephone consultation, including follow-up calls for progress reports, etc.

26

05/21/2008  14:05    3017621745              VCA VRA                    PAGE  01

Amie Carrier

  

Staff Veterinarian Job Description

**Position Title:**     **Staff Veterinarian**
**Reports To:**     **Medical Director with support of the Regional Medical Director**
**Department:**     **DVM**
**Employee Status:**     **Exempt**

### Job Description

Under policy direction of the Medical Director with support of the Regional Medical Director, the Staff Veterinarian provides professional medical, nutritional, dental and surgical diagnostics and treatment of companion animals.

### Knowledge, Skills and Abilities:

- Professional mannerism and appearance.
- Good interpersonal skills.
- Positive and friendly attitude.
- Ability to communicate directions and instructions clearly and effectively.
- Ability to earn respect from coworkers.
- Ability to make decisions.
- Respect for clients and their pets.
- Willingness to work with clients and their pets.
- Willingness to learn and use computer.
- Ability to work under stress.
- Practices the highest standard of medicine.
- Uphold the veterinary code of ethics.

### Education and Experience:

- A Doctor of Veterinary Medicine (DVM) degree, or equivalent, from an accredited university.
- A license to practice in the state in which he/she is employed.

### Authority:

- Directs and guides Veterinary Technicians, Veterinary Assistants and any other employee interacting with pet care.

### Physical Requirements:

- Dependable attendance is required.
- Any allergies to animals must be controllable through medication.
- Must be able to lift 40 pounds.
- Must be willing to work long or irregular hours under pressure conditions.

27

**JAMES YAN, M.D., PH.D.**
**WHITE FLINT PROFESSIONAL BLDG.**
**8600 OLD GEORGETOWN RD.**          Date 05-21-2008
**BETHESDA, MD 20814**
**301-468-1997**

Patient Information
AMIE L CARRIER
313 FALLSGROVE DR.
ROCKVILLE MD 20850

TO WHOM IT MAY CONCERN:

I hereby certify the following statements for the patient listed above:

This patient has been under my professional care for SEIZURE/CONVULSION

This patient is allowed to return to work on 05-27-2008

The following restriction(s) will apply until further notice:

Miscellaneous Restrictions:

DR. CARRIER HAS SEIZURE. CURRENTLY, WE ARE ADJUSTING HER
MEDICATION. SHE SHOULD BE ABLE TO GO BACK TO HER REGULAR
JOB WITHOUT RESTRICTION ON 052708, OR EARLIER.

Signed : _____
Office of JAMES YAN, M.D.

*29*